IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD E. BELLARDINE, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-2264 |
| v. | : | |
| WILBUR ROSS, SECRETARY U.S. DEPT. OF COMMERCE, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 1st day of August, 2018, after considering (1) the motion under Rule 60(b) of the Federal Rules of Civil Procedure to vacate the November 15, 2017 order dismissing the case with prejudice filed by the *pro se* plaintiff, Edward E. Bellardine (Doc. No. 28), (2) the evidence presented during the evidentiary hearing held on May 4, 2018, and May 29, 2018, and (3) the parties' proposed findings of fact and conclusions of law (Doc. Nos. 48, 49); and for the reasons stated in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** that the motion to vacate the order dismissing the case (Doc. No. 28) is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.